

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00212-CV

---

James P. Amick, Appellant

v.

Patricia Anne Campbell, Appellee

---

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-359917-24

---

## MEMORANDUM OPINION

Appellant, James P. Amick, filed a notice of appeal on April 7, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs.[1] *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Second Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On April 29, 2026, the Clerk of this Court notified Amick that the fee was due and that this appeal could be dismissed if he failed to pay the filing fees by May 11, 2026. The Clerk further notified Amick that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Amick did not pay the filing fee and instead moved to voluntarily dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1, stating that he is aware of the outstanding fees and other deadlines, but no longer wishes to pursue his appeal.[2] Tex. R. App. P. 42.1.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). All pending motions are dismissed as moot. Costs are taxed against Appellant. Tex. R. App. P. 42.1(d).

LISA J. SOTO, Justice

May 29, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

---

[2] Amick also did not pay the filing fee for his motion to dismiss, nor did he file a docketing statement as required by Texas Rule of Appellate Procedure 32.1. Tex. R. App. P. 32.1 (requiring a docketing statement to be filed "promptly upon filing the notice of appeal").